SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DOMINICK GIARRATANO and FRANCIS
JOSEPH,

        Plaintiffs,

  -against-          Case No. 08 CV. 1849

EDISON HOTEL,         Scheindlin, J.

        Defendant.
-----------------------------------------------------------x

USDC
DOC
ELEC
DOC #: _____
DATE FILED: 3/10/08

## STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendant that the date by which Defendant must answer, move or otherwise respond to the Complaint is hereby extended to April 7, 2008; and,

    IT IS FURTHER STIPULATED AND AGREED, that Defendant waives the defenses of lack of personal jurisdiction, insufficient process, insufficient service of process and improper venue; and,

    IT IS FURTHER STIPULATED AND AGREED, that Defendant expressly reserves and does not waive any other defenses or rights it may assert with regard to Plaintiffs' Complaint.

| | |
|---|---|
| FRANK AND ASSOCIATES, P.C.<br>*ATTORNEYS FOR PLAINTIFFS*<br>500 Bi-County Blvd., Suite 112N<br>Farmingdale, New York  11735<br>(631) 756-0400<br><br>By: ___/s/ Neil Frank_____<br>       Neil Frank, Esq.<br><br>Dated: _March 6, 2008_ | JACKSON LEWIS LLP<br>*ATTORNEYS FOR DEFENDANT*<br>58 South Service Road, Suite 410<br>Melville, New York  11747<br>(631) 247-0404<br><br>By: ___/s/ Paul J. Siegel___ (KR)<br>       Paul J Siegel, Esq.<br><br>Dated: _March 7, 2008_ |

SO ORDERED on this __10__ day of March, 2008

_____
United States District Judge

I:\Clients\E\EDISON HOTEL-3 cases combined\Pleadings - SDNY\Stip ext time to answer.doc

2