UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DOMINICK GIARRATANO and FRANCIS JOSEPH,

                      Plaintiffs,

      -against-

EDISON HOTEL,

                      Defendant.

------------------------------------------------------------x

Case No. 08 CIV 1849

Hon. District Judge Scheindlin

TO:   Neil M. Frank (NF0521)
        Pam J. Eisner (PE5678)
        FRANK & ASSOCIATES, P.C.
        *ATTORNEYS FOR PLAINTIFFS*
        500 Bi-County Boulevard, Suite 112N
        Farmingdale, New York 11735
        (631) 756-0400

### CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant HOTEL EDISON (actually known as "228 Hotel Corporation") hereby certifies that it is not a publicly-held corporation, and that its parent company is Edison Management Corporation, which also is not a publicly-held corporation.

Dated: Melville, New York
       April 2, 2008

                                      Respectfully submitted,

                                      JACKSON LEWIS LLP
                                      *ATTORNEYS FOR DEFENDANTS*
                                      58 South Service Road, Suite 410
                                      Melville, New York 11747
                                      (631) 247-0404

                          By: _____
                                      Paul J. Siegel (PS2245)
                                      Kathryn J. Russo (KR7252)

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2008, <u>CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u> was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

Neil M. Frank (NF0521)  
Pam J. Eisner (PE5678)  
FRANK & ASSOCIATES, P.C.  
*ATTORNEYS FOR PLAINTIFFS*  
500 Bi-County Boulevard, Suite 112N  
Farmingdale, New York 11735  
(631) 756-0400  

_____  
PAUL J. SIEGEL (PS2245)

I:\Clients\E\111409\119159\Pleadings\Rule 7.1 Statement.doc