```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINICK GIARRATANO, et al.,

                Plaintiffs,

      - against -

Edison Hotel,

                Defendant.

ORDER

08 Civ. 1349 (PKL) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

    The above case, previously scheduled for a settlement conference on Tuesday, July 1, 2008, at 11:00 a.m., is adjourned to Thursday, September 4, 2008, at 11 a.m., in Courtroom 18D. If this date and time is inconvenient, please contact Michael Brantley at 212-805-0242 to reschedule.

SO ORDERED this 22nd day of July 2008
New York, New York

                                                                            _____
                                                                           The Honorable Ronald L. Ellis
                                                                           United States Magistrate Judge