UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINICK GIARRATANO, et al.,

                 **Plaintiffs,**

       - against -

EDISON HOTEL,

                 **Defendant.**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-08
```

**ORDER**

08 Civ. 1849 (SAS) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a settlement conference with the Court on September 4, 2008

    **IT IS HEREBY ORDERED THAT** the Parties appear for a subsequent settlement conference on **September 9, 2008 at 2:30 p.m.**

**SO ORDERED** this 4th day of September 2008
New York, New York

*(signature)*
The Honorable Ronald L. Ellis
United States Magistrate Judge