UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                       :
DOMINICK GIARRATANO,                                   :
                                                       :          ORDER OF
                      Plaintiff,                       :       DISCONTINUANCE
                                                       :
       -against-                                       :          08 Civ. 1849 (SAS)
                                                       :
THE EDISON HOTEL,                                      :
                                                       :
                      Defendant.                       :
------------------------------------------------------X

SHIRA A. SCHEINDLIN, U.S.D.J.:

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         March 19, 2009

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/20/09]

## - Appearances -

**For Plaintiff:**

Neil M. Frank, Esq.
Robert Jacovetti, Esq.
Frank & Associates., P.C.
500 Bi-County Boulevard
Suite 112N
Farmingdale, NY 11735
(631) 756-0400

**For Defendant:**

Kathryn J. Russo, Esq.
Jackson Lewis LLP
58 South Service Road
Melville, NY 11747
(631) 247-0404